HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **WENDY GISH**, an individual, *et al.*, Plaintiffs, v. **GAVIN NEWSOM**, in his official capacity as Governor of California, *et al.*, Defendants. | Case Number: 5:20-cv-00755-JGB-KK<br><br>Hon. Jesus G. Bernal<br><br>**NOTICE OF ERRATA**<br><br>Date:   April 14, 2020 |

1  Please take Notice that ECF Document 8-3, 8-5, and 8-6 were filed in error
2  without signature.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Date: April 14, 2020 |   | DHILLON LAW GROUP INC. |
|   | By: | /s/ Mark P. Meuser |
|   |   | HARMEET K. DHILLON (SBN: 207873) |
|   |   | harmeet@dhillonlaw.com |
|   |   | MARK P. MEUSER (SBN: 231335) |
|   |   | mmeuser@dhillonlaw.com |
|   |   | GREGORY R. MICHAEL (SBN: 306814) |
|   |   | gmichael@dhillonlaw.com |
|   |   | DHILLON LAW GROUP INC. |
|   |   | 177 Post Street, Suite 700 |
|   |   | San Francisco, California 94108 |
|   |   | Telephone: (415) 433-1700 |
|   |   | Attorneys for Plaintiffs |

