Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Michelle D. Blakemore, County Counsel (SBN: 110474)
Penny Alexander-Kelley, Chief Assistant County Counsel (SBN: 145129)
Office of County Counsel
County of San Bernardino
385 North Arrowhead Avenue
San Bernardino, California 92415
Telephone: (909) 387-5455
Facsimile: (909) 387-5462

Attorneys for Defendants
COUNTY OF SAN BERNARDINO, DR. ERIN GUSTAFSON, SHERIFF JOHN MCMAHON, SUPERVISOR ROBERT A. LOVINGOOD, SUPERVISOR JANICE RUTHERFORD, SUPERVISOR DAWN ROWE, SUPERVISOR CURT HAGMAN AND SUPERVISOR JOSIE GONZALES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WENDY GISH, an individual; PATRICK SCALES, an individual; JAMES DEAN MOFFATT. an individual; and BRENDA WOOD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as to Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; ERIN GUSTAFSON, in her official capacity as the San Bernardino County Acting Public Health Officer;<br><br>[CONTINUED ON NEXT PAGE]<br><br>JOHN MCMAHON, in his official | Case No. 5:20-cv-00755-JGB-KK<br><br>**NOTICE OF ERRATA RE SAN BERNARDINO COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Trial Date:   None Set |

| | |
|---|---|
| 1 | capacity as the San Bernardino County Sheriff; ROBERT A. LOVINGGOOD, in his official capacity as a San Bernardino County Supervisor; JANICE RUTHERFORD, in her official capacity as a San Bernardino County Supervisor; DAWN ROWE, in her official capacity as a San Bernardino County Supervisor; CURT HAGMAN in his official capacity as a San Bernardino County Supervisor; JOSIE GONZALES, in his official capacity as a San Bernardino County Supervisor; CAMERON KAISER, in his official capacity as the Riverside County Public Health Officer; GEORGE JOHNSON in his official capacity as the Riverside County Executive Officer and Director of Emergency Services; CHAD BIANCO, in his official capacity as the Riverside County Sheriff; KEVIN JEFFRIES, in his official capacity as a Riverside County Supervisor; KAREN SPIEGEL, in her official capacity as a Riverside County Supervisor; CHUCK WASHINGTON, in his official capacity as a Riverside County Supervisor; V. MANUAL PEREZ, in his official capacity as a Riverside County Supervisor; and JEFF HEWITT, in his official capacity as a Riverside County Supervisor, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Defendants. |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants COUNTY OF SAN BERNARDINO, DR. ERIN GUSTAFSON, SHERIFF JOHN MCMAHON, SUPERVISOR ROBERT A. LOVINGOOD, SUPERVISOR JANICE RUTHERFORD, SUPERVISOR DAWN ROWE, SUPERVISOR CURT HAGMAN AND SUPERVISOR JOSIE GONZALES (collectively "the San Bernardino County Defendants") hereby file this notice of errata with respect to the San Bernardino County Defendants' Opposition To Plaintiffs' Application For Temporary Restraining Order, filed April 17, 2020 ("Opposition") (Dkt. 14) to correct the named event on the ECF filing system which was incorrectly designated as "Claim" to be correctly designated as "Opposition." The replacement document is filed with the Court at Dkt. 18.

DATED: April 17, 2020

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:   /s/ Deborah J. Fox
  DEBORAH J. FOX
  MARGARET W. ROSEQUIST
  Attorneys for Defendants
  COUNTY OF SAN BERNARDINO, et al.

3512724.1