HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **WENDY GISH**, an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM**, in his official capacity as Governor of California, *et al.*, <br><br> Defendants. | Case Number: 5:20-cv-00755-JGB-KK <br><br> Hon. Jesus G. Bernal <br><br> **NOTICE OF DECISION BY OTHER COURT** <br><br> TRO Hearing: April 22, 2020 |

| | |
|---|---|
| 1 | Please take Notice of this: (1) Temporary Restraining Order and (2) Memorandum and Order from the Honorable John W. Broomes of the Kansas District Court, ordering Kansas Governor Laura Kelly to refrain from enforcing her Executive Orders Nos. 20-18, 20-25 (prohibiting church gatherings of more than ten people) on the basis that it violated federal law, including the First Amendment right to free exercise of religion.  T.R.O. and Memorandum Order, *First Baptist Church et al. v. Governor Laura Kelly*, No. 20-1102-JWB (D. Kan. April 18, 2020) (ECF No. 15 and 14).[1] |

Date: April 19, 2020

Respectfully submitted,

DHILLON LAW GROUP INC.

By: /s/ Mark P. Meuser
HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

Attorneys for Plaintiffs

---

[1] The Temporary Restraining Order (ECF No. 15) is attached to this document as Exhibit 1. The Memorandum Order (ECF No. 14) granting the application is also attached as Exhibit 2.

