1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  AMIE L. MEDLEY
   Deputy Attorney General
4  TODD GRABARSKY
   Deputy Attorney General
5  State Bar No. 286999
     300 South Spring Street, Suite 1702
6    Los Angeles, CA  90013
     Telephone:  (213) 269-6044
7    Fax:  (916) 731-2124
     E-mail:  Todd.Grabarsky@doj.ca.gov
8  *Attorneys for Gavin Newsom, in his official*
   *capacity as Governor of California, and Xavier*
9  *Becerra, in his official capacity as Attorney*
   *General of California*
10

           IN THE UNITED STATES DISTRICT COURT
11
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13

14

15  **WENDY GISH, et al.,**                | 5:20-cv-00755-JGB-KK

16                          Plaintiffs,    | **NOTICE OF DECISIONS BY OTHER COURTS**

17      **v.**                             | Judge:          The Honorable Jesus G. Bernal

18  **GAVIN NEWSOM, in his official**      | Action Filed: April 13, 2020
    **capacity as Governor of California, et**
19  **al,**

20                          Defendants.

21

22

23       Please take notice of the following decisions by other courts in matters related

24  in substance to the present case:

25       1.    Order of the Court in *Maryville Baptist Church, Inc. v. Beshear*, Case

26  No. 3:20-cv-278-DJH (W.D. Ky.), issued on April 18, 2020, in which the court

27  denied the plaintiff's motion for temporary restraining order in a constitutional

28  challenge to the COVID-19-related executive orders issued the by Governor of

                                    1

Kentucky restricting public gatherings.  A true and correct copy of the court's Order is attached herein as **Exhibit 1**.

2.    Memorandum Order and Opinion of the Court in *Legacy Church, Inc. v. Kunkel*, Case No. 1:20-cv-327-JB-SCY (D.N.M.), issued on April 17, 2020, in which the court denied the plaintiff's motion for temporary restraining order in a constitutional challenge to the State of New Mexico's COVID-19-related Emergency Orders restricting public gatherings.  A true and correct copy of the court's Memorandum Order and Opinion is attached herein as **Exhibit 2**.

Dated:  April 20, 2020                              Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


*/s/ Todd Grabarsky*
TODD GRABARSKY
Deputy Attorney General
AMIE L. MEDLEY
Deputy Attorney General
*Attorneys for Gavin Newsom, in his official capacity as Governor of California, and Xavier Becerra, in his official capacity as Attorney General of California*