UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **EDCV 20-00755-JGB (KKx)** | Date April 22, 2020 |
| Title *Wendy Gish, et al. v. Gavin Newsom, et al.* | |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Gregory R. Michael | Todd Grabarsky |
| Mark P. Meuser | Deborah J. Fox |
| Harmeet K. Dhillon | Kelly Anne Moran |
| | James E. Brown |
| | Ronak N. Patel |
| | Margaret W. Rosequist |

**Proceedings:**   Telephonic Hearing Re: Temporary Restraining Order (Dkt. No. 8)

   Counsel state their appearances by telephone. The Court hears argument. The matter stands submitted.