IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDY GISH, et al.,** | 5:20-cv-00755-JGB-KK |
| Plaintiffs, | **ORDER** |
| v. | |
| **GAVIN NEWSOM, in his official capacity as Governor of California, et al,** | |
| Defendants. | |

    Based on the stipulation of Defendants California Governor Gavin Newsom, California Attorney General Xavier Becerra, Erin Gustafson, John McMahon, Robert A. Lovingood, Janice Rutherford, Dawn Rowe, Curt Hagman, Josie Gonzales, Cameron Kaiser, George Johnson, Chad Bianco, Kevin Jeffries, Karen Spiegel, Chuck Washington, V. Manual Perez, and Jeff Hewitt, and Plaintiffs Wendy Gish, Patrick Scales, James Dean Moffatt, and Brenda Wood, the Court grants the parties' request to set the deadline for all defendants to respond to the Complaint on May 27, 2020.  Defendants' response to the Complaint shall be served and filed on or before May 27, 2020.

1

1 | IT IS SO ORDERED.

2 | Dated: May 7, 2020

_____
The Honorable Jesus G. Bernal
United States District Judge