| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAY 7 2020 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

WENDY GISH; et al.,

        Plaintiffs-Appellants,

 v.

GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,

        Defendants-Appellees.

No. 20-55445

D.C. No. 5:20-cv-00755-JGB-KK
Central District of California, Riverside

ORDER

Before: SILVERMAN and NGUYEN, Circuit Judges.

Americans United for Separation of Church and State's motion for leave to file an amicus curiae brief in opposition to appellants' emergency motion is granted (Docket Entry No. 15). The Clerk shall file the amicus brief submitted by Americans United for Separation of Church and State on May 5, 2020 (Docket Entry No. 15-2).

Appellants' emergency motion for an injunction pending appeal is denied (Docket Entry No. 9). *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Appellants' alternative motion to expedite the briefing and hearing of this appeal is denied (Docket Entry No. 9).

The previously established briefing schedule remains in effect.

DA/MOATT