JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDY GISH, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al,** <br><br> Defendants. | 5:20-cv-00755-JGB-KK <br><br> **JUDGMENT** |

JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS. The Complaint is DISMISSED WITH PREJUDICE.

Dated: December 11, 2020

_____
The Honorable Jesus G. Bernal
United States District Judge

1